[No. 30109-5-III. Division Three. July 24, 2012.]

*In the Matter of the Detention of* P.R.

THE STATE OF WASHINGTON, *Respondent*, v. P.R., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-6-01232-4, Gregory D. Sypolt, J., entered June 28, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 30122-2-III. Division Three. July 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS ZAPIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00473-6, Carrie L. Runge, J., entered July 27, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 29865-5-III. Division Three. July 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY T. AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-8-50395-6, Bruce A. Spanner, J., entered March 28, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[Nos. 64604-4-I; 64901-9-I. Division One. July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JAMES MONTGOMERY, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 09-1-00248-1, Ellen J. Fair, J., entered January 28, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Ellington and Dwyer, JJ.